**People ex rel. Raymond J. Hahn, et al., Appellants, v. Stephen E. Hurley et al., Appellees.**

**Gen. No. 46,447.**

First District, Third Division.

April 3, 1957.

Released for publication June 20, 1957.

Michael F. Ryan, for appellants, Richard F. McParline, Jr., of counsel; J. C. Melaniphy, Corporation Counsel of Chicago, for appellees, Sydney R. Drebin, and Harry H. Pollack, of counsel. Opinion by JUDGE KILEY. **Not to be published in full.**